IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

EDWARD WILLIAM BLAKE, JR.,

        Petitioner,

v.                                            CIVIL ACTION NO. 2:17-cv-04595
                                              (Criminal No. 2:17-cr-00107)

UNITED STATES OF AMERICA,

        Respondent.

ORDER

This action was referred to United States Magistrate Judge Cheryl A. Eifert for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On July 22, 2019, Magistrate Judge Eifert submitted her Proposed Findings of Fact and Recommendation [ECF No. 48] ("PF&R"), recommending the court deny the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 [ECF No. 35]; grant the Motion to Dismiss [ECF No. 44]; dismiss this action with prejudice; and remove this matter from the docket. To date, no objections to Magistrate Judge Eifert's PF&R have been filed, and the time period for the filing of objections has passed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **DENIES** the Motion to Vacate, Set Aside, or Correct

Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 [ECF No. 35]; **GRANTS** the Motion to Dismiss [ECF No. 44]; **DISMISSES** this action **with prejudice**; and removes this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: August 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE